# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Barbara Mocek

                Plaintiff,

v.                                             Case No.: 1:16–cv–08484

                                                             Honorable Elaine E. Bucklo

AllSaints USA Limited

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 12, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 9/12/2016 regarding motion by filer to set a briefing schedule [7]. Defendant's Unopposed Motion to set a briefing schedule [7] is granted. Defendant's motion to dismiss with supporting memoranda due by 9/30/2016. Plaintiff to respond by 10/21/2016. Defendant to reply by 11/4/2016. Ruling before Honorable Elaine E. Bucklo on 11/30/2016 at 9:30 AM. Scheduling Conference date and date for submission of Rule 26 Report are stricken pending disposition of the motion to dismiss. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.