# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Barbara Mocek

                                  Plaintiff,

v.                                                       Case No.: 1:16–cv–08484
                                                              Honorable Elaine E. Bucklo

AllSaints USA Limited

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for remand to State Court [19] grants plaintiff's request for attorneys' fees in the amount of $58,112.50; and denies defendant's motion to dismiss [13] as moot. This case is remanded to the Circuit Court of Cook County, Illinois. Enter Memorandum Opinion and Order. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.