

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

December 20, 2016

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re:     Mocek v. AllSaints USA Limited
USDC No:  16-cv-8484

Circuit Court No:   2016-CH-10056

Dear Clerk:

A certified copy of an order entered on 12/07/2016 by the Honorable Elaine E. Bucklo, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ Erica Aranda
            Deputy Clerk